UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AIMEE V. CROWE ) | |
| ) | |
| v. ) | NO. 3:13-0456 |
| ) | JUDGE CAMPBELL |
| BAPTIST HEALTHCARE GROUP ) | |
| d/b/a St. Thomas Physician Services ) | |

ORDER

Pending before the Court is Defendant's Motion for Leave to File Reply (Docket No. 20).

The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE