IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AIMEE V. CROWE | ) |
| | ) |
| v. | ) NO. 3-13-0456 |
| | ) JUDGE CAMPBELL |
| BAPTIST HEALTHCARE GROUP | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss the Amended Complaint (Docket No. 26). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED in part and DENIED in part. Plaintiff's claim for racial discrimination is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE