IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AIMEE V. CROWE           )
                               )
v.                           ) NO. 3-13-0456
                               ) JUDGE CAMPBELL
BAPTIST HEALTHCARE GROUP    )

ORDER

The parties have filed an Agreed Order of Dismissal with Prejudice (Docket No. 39).

Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file.

Any pending Motions are denied as moot. The pretrial conference set for August 18, 2014, and the

jury trial set for August 26, 2014, are canceled. This Order shall constitute the final judgment in this

case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE