UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| AIMEE V. CROWE | ) | |
| | ) | |
| v. | ) | NO. 3:13cv0456 |
| | ) | JUDGE CAMPBELL |
| BAPTIST HEALTHCARE GROUP | ) | |
| | ) | |

ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/04/2014.

                 KEITH THROCKMORTON, CLERK
                 s/Tina M. Webster, Deputy Clerk